Case 2:15-cv-04140-E

Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, TRISTAN KASINGER

FILED
CLERK, U.S. DISTRICT COURT
MAR 16 2016
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TRISTAN KASINGER
(SSN XXX-XX-9683),
    Plaintiff,

vs.

CAROLYN W. COLVIN,
Acting Commissioner Of Social Security,
    Defendant.

Case No.: 15-4140-~~CBK~~(E)

[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND FOUR HUNDRED** ($3,400.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 3/16/16

HON. CHARLES F. EICK
UNITED STATES MAGISTRATE
JUDGE